■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE SMITH, Appellant.—Judgment of the Supreme Court, Kings County, rendered May 15, 1973, affirmed (cf. *People v Fitzpatrick,* 32 NY2d 499). Martuscello, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.